**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **JAMAR BILLINGSLEY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:20-cv-00899-HEH** |
| **AMAZON DATA SERVICES, INC.,** | |
| **Defendant.** | |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon Data Services, Inc. respectfully makes the following disclosure: Amazon Data Services, Inc. is a wholly owned subsidiary of Amazon.com, Inc.  Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.


Dated: January 22, 2021                    Respectfully submitted,

                                           /s/ *Jocelyn R. Cuttino*
                                           Jocelyn R. Cuttino
                                           Morgan, Lewis & Bockius LLP
                                           1111 Pennsylvania Avenue, N.W.
                                           Washington, DC 20004
                                           Tel:    (202) 739-3000
                                           Fax:    (202) 739-3001
                                           jocelyn.cuttino@morganlewis.com


                                           *Attorney for Defendant Amazon Data Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on January 22, 2021, a copy of the foregoing Corporate Disclosure

Statement was served via the Court's CM/ECF system on:

Alexander Taylor
The Law Office of Alex Taylor
1622 West Main Street
Richmond, VA 23220
Tel: 804-239-9232
Fax: 866-446-6167
alextaylor@alextaylorlaw.com

Charles T. Tucker, Jr.
Tucker Moore Group LLP
8181 Professional Pl., Suite 207
Hyattsville, MD 20785
Tel: 301-706-2242
Fax: 240-467-5678
charles@tuckerlawgroupllo.com

*Counsel for Plaintiff*

/s/ *Jocelyn R. Cuttino*

2